AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

V.

KURT F. JOHNSON,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**BZ**

TO: (Name and address of Defendant)

Kurt F. Johnson
Safford Federal Correctional Institution
P.O. Box 9000
Safford, Arizona 85548

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Olsen
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102
Tel: (415) 436-6915

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK     MARY ANN BUCKLEY     DATE

(By) DEPUTY CLERK