UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA    )
                            )
         Plaintiff(s),      )    No. C08-2325 BZ
                            )
    v.                      )    NOTICE OF RECUSAL
                            )
                            )
KURT F. JOHNSON,            )
                            )
         Defendant(s).      )
                            )
                            )
_____)
```

I hereby recuse myself in the above action.

Dated: May 13, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\USA V.JOHNSON.RECUSAL.wpd

1