Respond to: Kurt F. Johnson
          c/o KURT F. JOHNSON 13177-081
          FEDERAL CORRECTIONAL INSTITUTE
          P.O. BOX 9000
          SAFFORD AZ 85548



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 08 2325 BZ  WHA |
| Plaintiff, ) | MOTION TO QUASH SERVICE OF |
| ) | SUMMONS OR REQUEST FOR AN |
| v. ) | EXTENTION OF TIME |
| ) | |
| KURT F. JOHNSON ) | |
| Defendant. ) | |
| ) | |

  KURT F. JOHNSON was/is in custody at the Safford FCI facility on May 16, 2008 when I was given a summons and complaint at about 1:15 p.m. in the R&D department. After I received these documents I was removed to the special housing unit (SHU) and separated from these documents and my legal supplies. On 5-22-08 I was given access to this typewriter to prepare this pleading. I have been informed that I am being called out on a writ to attend a hearing on June 10, 2008 in Mr. Alsup's court. My property has been packed out in preparation of this move. The documents I was served have not been made available to me for an appropriate response. I will be traveling without access to these documents or any method to respond. I am asking this court to reserve me when attending the hearing on June 10, or to allow for an appropriate amount of time considering the circumstances. I believe I will be able to respond during my stay at FDC Dublin. If not I will inform the court of the situation.

  This is not ment for delay but is circumstance completely out of the control of JOHNSON. In the 30 seconds I saw these documents I do believe there are substantial defenses, please allow the that opportunity.

    I will be traveling by bus on a route through various different facilites making service my mail an impossibility.  The next destination I am certain of is the June 10, hearing.

                             Respectfully submitted,

By: _____
    KURT E. JOHNSON - FICTION - DEFENDANT
    UNDER RESERVE - WITHOUT RECOURSE

**DISCLAIMER:** The sovereign natural man by his participation with the customs and usage of trade procedures (local rules, evidence rules, criminal procedures, statutes, regulations, codes, and other rules) does not infer or imply consent or acceptance, but merely is attempting to extricate himself from the hostile coercive trespass upon his rights, title, and interest, and the dishonor of fiduciaries not settling the matter in accordance with the provided instructions and public policy, while in all ways seeking honor in commerce.