|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | EDWARD A. OLSEN (CSBN 214150)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-6915 |
| 6 | FAX: (415) 436-6927 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. C 08-2325 JSW |
| v. | ) | |
| KURT F. JOHNSON, | ) | **PROOF OF SERVICE** |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of the following: **Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement** electronically filed on May 28, 2008, and this **Proof of Service** to be served this date by mail upon the person at the address stated below, which is the last known address:

Kurt F. Johnson
Safford Federal Correctional Institution
P.O. Box 9000
Safford, Arizona  85548

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 3, 2008                                                    _____/s/_____
                                                                                TIFFANI CHIU
                                                                                Paralegal Specialist