**CERTIFICATE OF SERVICE**

**United States of America v. Kurt F. Johnson**
**No. C 08-2325 JSW**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**United States' Non-Opposition to Defendant's Request
For an Extension of Time to Answer the Complaint**

to be served this date upon the party(ies) as follows:

✓    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____    **FACSIMILE (FAX)** Telephone No.: (See Below)    I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____    **FEDERAL EXPRESS**

____    **CERTIFIED MAIL**

____    **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Kurt F. Johnson, #13177-081
Safford Federal Correctional Institution
P.O. Box 9000
Safford, AZ 88548

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2008 at San Francisco, California.

                                        /s/
                             CAROL E WEXELBAUM
                             Legal Assistant