IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KURT F. JOHNSON,

    Defendant.
_____/

No. 08-02325 JSW

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO ANSWER THE COMPLAINT**

On May 27, 2008, Defendant filed a motion to quash service or request for an extension of time to respond to the complaint. On June 11, 2008, Plaintiff filed a statement of non-opposition explaining that it does not object to the Court providing Defendant with an additional 30 days to respond to the complaint in the above-captioned matter. Based on Plaintiff's non-opposition, the Court HEREBY extends the date by which Defendant must respond to the complaint for 30 days. Defendant shall file a response to the complaint by no later than July 14, 2008.

**IT IS SO ORDERED.**

Dated: June 13, 2008

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>KURT F. JOHNSON et al,<br><br>        Defendant. | Case Number: CV08-02325 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt F. Johnson
#13177-081
Safford Federal Correctional Institution
PO Box 9000
Safford, AZ 85548

Dated: June 13, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk