UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

KURT F. JOHNSON

Defendant.

NO. 08-02325-JSW

MOTION FOR CON-
TINUANCE TO ANSWER

The circumstances for Defendant still has not changed. Though service of the complaint was received it did not meet the level of NOTICE because of the actions of the BoP.

The complaint was given and promptly removed from possession without any opportunity to read or respond. Though defendant asked to be served again while in court on June 10 this request was ignored. Defendant has been diligent to respond and to obtain possession of the complaint. This can be verified with Counselor Rivas of FDC Dublin, Jailhouse administrator William Kubitz of Dublin, and Counselor Hernandez of FCI Safford. Copout and emails were used to get the legal property which contained the complaint to Dublin in a timely fashion without success. The defendant is currently at FCI Pheonix

awaiting transport to Safford. July 11 is the earliest this can occur. Still there is no certainty that the defendant will obtain the complaint before the end of July based upon prior experience with R&D. For this reason a request for an extention of time to answer is appropriate and should be granted in all fairness. Defendant believes that this case could move forward faster if Plaintiff would serve another copy upon defendant by mail. Then a timely response could ensue and not be thwarted by the (intentional?) efforts of the BoP.

Respectfully Submitted

June 30, 2008     By: [signature] without recourse
                      under reserve