JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>KURT F. JOHNSON,<br>    Defendant. | No. 08-2325-JSW<br><br>**UNITED STATES' NON-OPPOSITION TO DEFENDANT'S SECOND REQUEST FOR AN EXTENSION OF TIME TO ANSWER THE COMPLAINT** |

    The United States has received a copy of the defendant's "Motion For Continuance to Answer" and wishes to inform the Court that it does not object to a brief extension of time – specifically, to August 9, 2008 – for the defendant to respond to the complaint in the above-captioned matter. The plaintiff is today mailing another copy of the complaint to the defendant at FCI-Safford.

Dated:  July 24, 2008                      Respectfully submitted,

                                                   JOSEPH R. RUSSONIELLO
                                                 United States Attorney

                                                 /s/
                                                 EDWARD A. OLSEN
                                                 Assistant United States Attorney

NON-OPPOSITION TO REQUEST FOR EXTENSION OF TIME