JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 08-2325 JSW |
|     Plaintiff, ) | |
|     v. ) | **PROOF OF SERVICE** |
| KURT F. JOHNSON, ) | |
|     Defendant. ) | |

    The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following: **Plaintiff's Complaint for Declaratory Judgment** filed on May 5, 2008; **United States' Non-Opposition to Defendant's Second Request for an Extension of Time to Answer the Complaint** electronically filed on July 24, 2008; and this **Proof of Service** to be served this date by mail upon the person at the address stated below, which is the last known address:

Kurt F. Johnson, #13177-081
Safford Federal Correctional Institution
P.O. Box 9000
Safford, Arizona 85548

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 24, 2008                                  /s/
                                                                 TIFFANI CHIU
                                                                 Paralegal Specialist