Respond to: Kurt Johnson - A Living Soul
c/o KURT JOHNSON 13177-081
FEDERAL CORRECTIONAL INSTITUTE
P.O. BOX 9000
SAFFORD AZ 85548

FILED
08 JUL 31 AM 11:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-2325 JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 08-????-JSW |
| Plaintiff, | DEMAND FOR RESERVICE OF COMPLAINT |
| V. | |
| KURT F. JOHNSON, | |
| Defendant. | |

As of the 29th of July I have still not had the opportunity to read this complaint. I had been informed by the BoP that my legal materials that possessed this complaint would be in my hands this last week but that has not occured. I am further informed that the box that does contain these materials is still in transit and there is no knowledge when it will arrive if ever. I am demanding that the plaintiff supply another copy of the complaint to the defendant so that the lingering delay may be extinguised. The defense has been diligent about the situation and has not been able to obtain a speedy resolution. It is believed by defense that in light of the status of the first complaint still being uncertain that all parties would benefit from a speedy service upon the defense of another copy. Futher this complaint that has not been seen by the defense is having adverse effects upon the custody of defendant. This request is made in good faith and should be granted.

Respectfully submitted,

7-29-08

By: _____//ss//_____
KURT JOHNSON