**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CV 08-2325 BZ |
|---|---|
| DEFENDANT<br>KURT F. JOHNSON | TYPE OF PROCESS<br>PERSONAL SERVICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KURT F. JOHNSON
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Safford Federal Correctional Institution, P.O. Box 9000, Safford, AZ 85548

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Edward A. Olsen, Assistant United States Attorney
450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 415-436-6915
DATE: 5/12/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 08 | | 5/14/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks". the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
1529 W. Hwy 366
Safford, AZ

Date: 5/16/2008   Time: 1313 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $270.00 | $166.65 | | $436.65 | 0 | $0.00 |

REMARKS: 330 miles R/T

$45.00 x 6 hrs = $270.00  /  330 miles x 5.05 = $166.65

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                                                        District of    CALIFORNIA

UNITED STATES OF AMERICA,
                Plaintiff,

                                  **SUMMONS IN A CIVIL CASE**
        V.

KURT F. JOHNSON,
                Defendant.
                            CASE NUMBER:

                             CV 08    2325

                                              **BZ**

TO: (Name and address of Defendant)

Kurt F. Johnson
Safford Federal Correctional Institution
P.O. Box 9000
Safford, Arizona 85548

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Olsen
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102
Tel: (415) 436-6915

an answer to the complaint which is served on you with this summons, within     **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                         MAY 5 2008

CLERK                                                        DATE

(By) DEPUTY CLERK
        MARY ANN BUCKLEY