1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102
       Telephone: (415) 436-6915
6      FAX: (415) 436-6927

7  Attorneys for United States of America

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 UNITED STATES OF AMERICA,       )   No. 08-2325-JSW
                                   )
13        Plaintiff,                )
                                   )
14    v.                            )   **UNITED STATES' RESPONSE TO**
                                   )   **DEFENDANT'S DEMAND FOR**
15 KURT F. JOHNSON,                 )   **RESERVICE OF COMPLAINT**
                                   )
16        Defendant.                )
                                   )
17
        The United States has received a copy of the defendant's "Demand for Reservice of
18
   Complaint" and wishes to inform the Court that, light of the fact that the defendant apparently
19
   does not yet have access to the box of legal materials that contains the copy of the complaint that
20
   was served on him in this matter, and has not received the copy of the complaint that the U.S.
21
   Attorney's Office sent to him on July 24, 2008, the United States is today sending the defendant
22
   yet another copy of the complaint, this time by certified mail.  The United States does not object to
23
   another brief extension of time – specifically, to August 26, 2008 – for the defendant to respond to
24
   the complaint in the above-captioned matter.
25

26

27

28

   RESPONSE TO DEMAND FOR RESERVICE OF COMPLAINT

1 | Dated: August 12, 2008         Respectfully submitted,

2 |                                 JOSEPH R. RUSSONIELLO
  |                                 United States Attorney
3 |

4 |                                      /s/
  |                                 EDWARD A. OLSEN
5 |                                 Assistant United States Attorney

RESPONSE TO DEMAND FOR RESERVICE OF COMPLAINT