Respond to: Kurt F. Johnson - A living Soul
c/o KURT F. JOHNSON 13177-081
FEDERAL CORRECTIONAL INSTITUTE
P.O. BOX 9000
SAFFORD AZ 85548

FILED

08 AUG 11 PM 2:06

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KURT F. JOHNSON,

    Defendant.

_____/

NO. CV 08-02325 JSW

**MOTION TO QUASH - DEMUR -** and/or **BILL OF PARTICULARS**

    I finally received a copy of the complaint; thank you!

    It is believed that the service of the summons and complaint should be quashed and a demur should be granted because the party to the suit is not the party served.

    The caption list a KURT F. JOHNSON in all capitals in spelling which is not my given name. I'm certain under the doctrine of idem sonans they are pronounced the same, but outside this similarity the caption is a misnomer as to myself and a confusion in commerce. In the text my given name received its proper spelling but associates it with rights and actions I am not a party to. The main ascertion in the complaint is to challenge the interest of a Secured Party listed in a UCC financing statement numbered 07-7123956565 filed in California.

I am not that party. A clear reading of the instrument in question list a KURT JOHNSON which is an organization - a fiction. I am neither of these things. In fact it was on March 21, 2006 in the court of Mr. Bernard Zimmerman that this fact was firmly established upon the record. I was present that day which was for a hearing/arraignment for a known fiction called the Dorean Group a listed codefendant in the criminal case CR-05-00611 WHA. At that time Mr. Zimmerman and myself entered into a discourse about the differences of a fiction and a reality. One of the clear distinctions he enumerated from the bench was that fictions can only be fined, the <u>cannot</u> be incarcerated. I am currently incarcerated meaning with a certainty I cannot be the fiction of your suit.

    If for some reason I am missing the clear reading I will need a bill of particulars that explains in detail how the fiction and reality are merged in liability and identity. If not I would very much like to be excused from this action since the BoP has used the occasion of this suit to punish me with SHU time and increase in security status.

Respectfully submitted,

August 7, 2008

By: _____//ss//_____
By: Kurt Johnson 557195389

KURT JOHNSON 13176
FEDERAL CORRECTION INSTITUTE
P.O. BOX 9000
SAFFORD AZ 85548

PHOENIX AZ 851
05 AUG 2008 PM 11 T

CLERK OF THE COURT
450 Golden Gate Av.
San Francisco CA 94102

94102+3469