1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9     UNITED STATES OF AMERICA,

10                    Plaintiff,                      No. 08-02325 JSW

11          v.                                        **ORDER SETTING BRIEFING
                                                      SCHEDULE**
12    KURT F. JOHNSON,

13                    Defendant.

14    _____/

15

16          On August 11, 2008, Defendant filed a motion entitled "motion to quash - demur -

      and/or bill of particulars."  The Court HEREBY ORDERS that Plaintiff shall file an opposition

17    to this motion by no later than August 29, 2008 and Defendant shall file a reply brief, if any, by

18    no later than September 12, 2008.

19          If the Court determines that a hearing on Plaintiff's motion is required, the Court will

20    advise the parties.

21          **IT IS SO ORDERED.**

22

23

24    Dated:        August 13, 2008                   _____
                                                      JEFFREY S. WHITE
25                                                    UNITED STATES DISTRICT JUDGE

26

27

28