JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KURT F. JOHNSON,<br><br>　　　Defendant. | No. 08-2325-JSW<br><br>**UNITED STATES' REQUEST TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

　　The government hereby respectfully asks this Court to extend the date of the case management conference in the above-captioned matter, currently scheduled for August 29, 2008, in light of the following:

　　1. The government filed the above-entitled action on May 5, 2008, seeking a declaration that certain documents filed by Defendant Kurt F. Johnson ("Defendant") with the California Secretary of State against certain employees of the United States are null, void and without legal effect, and seeking a judgment permanently enjoining Defendant from further violating 18 U.S.C. § 1341 (Mail Fraud) by filing and recording false liens against employees of the United States.

　　2. On May 27, 2008, Defendant filed (but did not serve) a document entitled "Motion to Quash Service of Summons Or Request For An Extension of Time," contending that although he had received the government's summons and complaint, he only saw these documents for thirty seconds and did not have access to the summons or complaint. *See* Docket No. 10.

REQUEST TO EXTEND DATE OF CMC; AND PROPOSED ORDER

3. The government filed and served a non-opposition to Defendant's request for additional time to respond to the complaint, stating that it did not object to a thirty-day extension of time for Defendant to respond to the complaint. *See* Docket No. 13.

4  This Court then issued an Order on June 13, 2008, extending the date by which Defendant must respond to the complaint to July 14, 2008. *See* Docket 15.

5  On July 11, 2008, Defendant filed (but did not serve) a "Motion for Continuance to Answer," again stating that although he had been served with the complaint, the complaint was promptly removed from his possession without any opportunity to read the complaint or respond to it. *See* Docket No. 16.

6. The government filed and served a non-opposition to Defendant's request for additional time (to August 9, 2008) to respond to the complaint and, as a matter of courtesy, mailed another copy of the complaint to the Defendant. *See* Docket Nos. 17 and 18.

7. On July 31, 2008, Defendant filed (but did not serve) a "Demand for Reservice of Complaint," stating that he still did not have access to the complaint and demanding that the government supply him with another copy. *See* Docket No. 19.

8. On August 12, 2008, the government responded to Defendant's Demand for Reservice of Complaint by sending yet another copy of the complaint, this time by certified mail, to Defendant, and informing the Court that it did not object to a further extension of time (to August 26, 2008) for Defendant to file a response to the Complaint. *See* Docket No. 21.

9. On August 11, 2008 (apparently before the Defendant received the government's August 12, 2008 response to Defendant's Demand for Reservice of Complaint), the Defendant filed (but did not serve) a "Motion to Quash – Demur – and/or Bill of Particulars." *See* Docket No. 22.

10. In response to this motion, this Court issued an Order on August 13, 2008, setting a briefing schedule on Defendant's "Motion to Quash – Demur – and/or Bill of Particulars." *See* Docket No. 23.

11. Under the Court's briefing schedule, the government must file an opposition to the Defendant's motion no later than August 29, 2008, and the Defendant must file a reply, if any, no later than September 12, 2008.

REQUEST TO EXTEND DATE OF CMC; AND PROPOSED ORDER

12. In the interests of judicial economy, the government respectfully asks this Court to extend the date of the case management conference, currently scheduled for August 29, 2008, to a date after the briefing is completed on the Defendant's "Motion to Quash – Demur – and/or Bill of Particulars." If and when the Defendant's motion is denied, and if and when the Defendant files a response to the government's complaint, the government will be prepared to file a more focused case management statement.

Dated:   August 22, 2008              Respectfully submitted,

                                      JOSEPH R. RUSSONIELLO
                                      United States Attorney


                                        /s/
                                      EDWARD A. OLSEN
                                      Assistant United States Attorney


## ORDER

Pursuant to the government's request to extend the date of the case management conference, the case management conference is hereby extended to _____, 2008.


Dated: August ____, 2008              _____
                                      JEFFREY S. WHITE
                                      United States District Judge

REQUEST TO EXTEND DATE OF CMC; AND PROPOSED ORDER