```
JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-2325-JSW |
|     Plaintiff, ) | |
| v. ) | **PROOF OF SERVICE** |
| KURT F. JOHNSON, ) | |
|     Defendant. ) | |

    The undersigned certifies that she is an employee of the office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following:

**UNITED STATES' REQUEST TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; and ORDER**

and this **PROOF OF SERVICE** to be served this date by **Certified Mail** upon the person(s) at the address(es) stated below, which is (are) the last known address(es):

```
Kurt F. Johnson, #13177-081
Safford Federal Correctional Institution
P.O. Box 9000
Safford, Arizona 85548
```

///

///


PROOF OF SERVICE - C08-2325 JSW

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct. Executed on August 26, 2008 at San Francisco, California.

3

4                      /s/
    CAROL E. WEXELBAUM
5      Legal Assistant

PROOF OF SERVICE - C08-2325 JSW