1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
   450 Golden Gate Avenue, Box 36055
5  San Francisco, California 94102
   Telephone: (415) 436-6915
6  FAX: (415) 436-6927

7  Attorneys for United States of America

                    FILED
                 AUG 25 2008
              RICHARD W. WIEKING
          CLERK, U.S. DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 08-2325-JSW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **UNITED STATES' REQUEST TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| KURT F. JOHNSON, | ) | |
| Defendant. | ) | |

The government hereby respectfully asks this Court to extend the date of the case management conference in the above-captioned matter, currently scheduled for August 29, 2008, in light of the following:

1. The government filed the above-entitled action on May 5, 2008, seeking a declaration that certain documents filed by Defendant Kurt F. Johnson ("Defendant") with the California Secretary of State against certain employees of the United States are null, void and without legal effect, and seeking a judgment permanently enjoining Defendant from further violating 18 U.S.C. § 1341 (Mail Fraud) by filing and recording false liens against employees of the United States.

2. On May 27, 2008, Defendant filed (but did not serve) a document entitled "Motion to Quash Service of Summons Or Request For An Extension of Time," contending that although he had received the government's summons and complaint, he only saw these documents for thirty seconds and did not have access to the summons or complaint. *See* Docket No. 10.

REQUEST TO EXTEND DATE OF CMC; AND PROPOSED ORDER

1      3. The government filed and served a non-opposition to Defendant's request for additional
2  time to respond to the complaint, stating that it did not object to a thirty-day extension of time for
3  Defendant to respond to the complaint. *See* Docket No. 13.
4      4 This Court then issued an Order on June 13, 2008, extending the date by which Defendant
5  must respond to the complaint to July 14, 2008. *See* Docket 15.
6      5 On July 11, 2008, Defendant filed (but did not serve) a "Motion for Continuance to
7  Answer," again stating that although he had been served with the complaint, the complaint was
8  promptly removed from his possession without any opportunity to read the complaint or respond to
9  it. *See* Docket No. 16.
10     6. The government filed and served a non-opposition to Defendant's request for additional
11 time (to August 9, 2008) to respond to the complaint and, as a matter of courtesy, mailed another
12 copy of the complaint to the Defendant. *See* Docket Nos. 17 and 18.
13     7. On July 31, 2008, Defendant filed (but did not serve) a "Demand for Reservice of
14 Complaint," stating that he still did not have access to the complaint and demanding that the
15 government supply him with another copy. *See* Docket No. 19.
16     8. On August 12, 2008, the government responded to Defendant's Demand for Reservice of
17 Complaint by sending yet another copy of the complaint, this time by certified mail, to Defendant,
18 and informing the Court that it did not object to a further extension of time (to August 26, 2008)
19 for Defendant to file a response to the Complaint. *See* Docket No. 21.
20     9. On August 11, 2008 (apparently before the Defendant received the government's August
21 12, 2008 response to Defendant's Demand for Reservice of Complaint), the Defendant filed (but
22 did not serve) a "Motion to Quash – Demur – and/or Bill of Particulars." *See* Docket No. 22.
23     10. In response to this motion, this Court issued an Order on August 13, 2008, setting a
24 briefing schedule on Defendant's "Motion to Quash – Demur – and/or Bill of Particulars." *See*
25 Docket No. 23.
26     11. Under the Court's briefing schedule, the government must file an opposition to the
27 Defendant's motion no later than August 29, 2008, and the Defendant must file a reply, if any, no
28 later than September 12, 2008.

REQUEST TO EXTEND DATE OF CMC; AND ~~PROPOSED~~ ORDER

COPIES MAILED TO SUBMITTING COUNSEL

1  12. In the interests of judicial economy, the government respectfully asks this Court to extend
2  the date of the case management conference, currently scheduled for August 29, 2008, to a date
3  after the briefing is completed on the Defendant's "Motion to Quash – Demur – and/or Bill of
4  Particulars." If and when the Defendant's motion is denied, and if and when the Defendant files a
5  response to the government's complaint, the government will be prepared to file a more focused
6  case management statement.

Dated:   August 22, 2008                          Respectfully submitted,

                                                  JOSEPH R. RUSSONIELLO
                                                  United States Attorney


                                                  /s/
                                                  EDWARD A. OLSEN
                                                  Assistant United States Attorney




### ORDER

Pursuant to the government's request to extend the date of the case management conference, the case management conference is hereby extended to __October 10_____, 2008.




Dated: August 25 2008
       AUG 25 2008
                                                  JEFFREY S. WHITE
                                                  United States District Judge




REQUEST TO EXTEND DATE OF CMC; AND ~~PROPOSED~~ ORDER

COPIES MAILED TO SUBMITTING COUNSEL