```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Chief, Civil Division
 3  EDWARD A. OLSEN, CSBN 214150
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-6915
 6     FAX: (415) 436-6927

 7  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-2325-JSW |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| KURT F. JOHNSON, | ) | |
| Defendant. | ) | |

The undersigned certifies that she is an employee of the office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the following:

**UNITED STATES' REQUEST TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; and ORDER**

and this **PROOF OF SERVICE** to be served this date by **Certified Mail** upon the person(s) at the address(es) stated below, which is (are) the last known address(es):

Kurt F. Johnson, #13177-081
Safford Federal Correctional Institution
P.O. Box 9000
Safford, Arizona 85548

///

///

PROOF OF SERVICE - C08-2325 JSW

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct. Executed on August 26, 2008 at San Francisco, California.

                        /s/
                CAROL E. WEXELBAUM
                Legal Assistant

PROOF OF SERVICE - C08-2325 JSW