IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KURT F. JOHNSON,<br><br>    Defendant.<br>_____/ | No. 08-02325 JSW<br><br>**ORDER RE DEFENDANT'S NOTICE OF APPOINTMENT OF COUNSEL** |

On October 8, 2008, Defendant filed a "Notice of the Appointment of Counsel." In this notice, Defendant states that he has hired an attorney to represent him in this matter and that all further correspondence should be sent to the attorney, Mr. Duncan. Mr. Duncan has not yet filed a notice of appearance in this case stating that he is representing Defendant. Unless and until Mr. Duncan, or any other attorney, does so, documents in this case shall continue to be served directly on Defendant.

**IT IS SO ORDERED.**

Dated: October 10, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>  v.<br><br>KURT F. JOHNSON et al,<br><br>           Defendant.          / | Case Number: CV08-02325 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt F. Johnson
#13177-081
USP Lompoc
3901 Klein Blvd
Lompoc, CA 93436

Dated: October 10, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk