IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 08-02325 JSW |
| v. | **ORDER RE REQUEST FOR EXTENSION OF TIME TO ANSWER** |
| KURT F. JOHNSON, | |
| Defendant. | |

On October 21, 2008, Defendant filed a request for an extension of time to file an answer. The Court will provide Defendant until **November 10, 2008** to file an answer. Defendant is hereby advised that the Court will not provide Defendant any further extensions to file his answer.

**IT IS SO ORDERED.**

Dated: October 27, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

KURT F. JOHNSON et al,

        Defendant.

Case Number: CV08-02325 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt F. Johnson
#13177-081
FCI Dublin
5701 8th Street-Camp Parks
Dublin, CA 94568

Dated: October 27, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk