IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. 08-02325 JSW |
|   v. | **ORDER REGARDING CASE MANAGEMENT CONFERENCE** |
| KURT F. JOHNSON, | **AND SERVICE OF DEFENDANT** |
|     Defendant. | |

On November 7, 2008, the Court granted the request by the United States to continue the case management conference but did not set a new date for the case management conference. The Court HEREBY SETS the case management conference for December 19, 2008 at 1:30 pm. In light of Defendant's address provided by the United States, the Court directs the Clerk to serve this Order, as well as the documents entered on the docket as numbers 44, 40, and 34 to Defendant at FCI Herlong, Federal Correctional Institution, P.O. Box 800, Herlong, CA 96113. All future orders shall be served on Defendant at this address unless and until the Court receives information indicating that Defendant has moved. Defendant is HEREBY ORDERED to keep the Court informed as to his current address.

**IT IS SO ORDERED.**

Dated: November 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

KURT F. JOHNSON et al,

        Defendant.

               Case Number: CV08-02325 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kurt F. Johnson
#13177-081
FCI Herlong
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

Dated: November 12, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk