UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff(s), | ) | No. C08-2325 JSW (BZ) |
| v. | ) | **NOTICE OF RECUSAL** |
| KURT F. JOHNSON, | ) | |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: December 2, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\JOHNSON RECUSAL.wpd