Dear Clerk                                                     July 30, 2009

    I have enclosed a letter for Mr. Jeffrey White along with a borrower's copy of the 1099A that has been used to address the issue behind case No. 08-02325 JSW. Based upon my communications with the United States Treasury concerning this account I believe that a copy of this document should be placed in the record for their later review. Thanks for your time and assistance.

                                      Sincerely,

                                      Kurt Johnson

Mr. White                                                July 27, 2009

Re: 08-02325 JSW

    I have been amazed by the foolishness of your court along with ample supply of wicked hearts to join in the folly available in the Northern District. No one seems to have a clutch to pause or a reverse to avoid the traps laid by the Lord directly in your path. You all behave as deaf and blind men.

    When men deny the infinite reference to the law they believe they are enforcing they become lawless and when righteous come before them they are branded criminals. As though God takes no notice and will not act they continue without abatement.

    I know you, Alsup, and the others think I am just another account on your ledgers and that your same old trickery and bully tactics which have always worked in the past are a safe wager. But the God whom you deny exist sent me to you, dressed me as bait, and has very clever plans to force justice upon you. When I bring this to your attention (collectively) no fear (reverence) for your creator is spawned. I weep for you while I delight in an active God who revokes His authority from those who misuse it.

    I am just a man as yourself. The future is not a proprietary license for me to express. Christ is the spirit of prophecy and I just repeat His plans and caveats to the fools. Having been a fool I pray earnestly knowing God's slow and patient demeanor is not tolerance or apathy, for He always addresses injustice and evil. Though I know nothing will prevent the plans God has for all of you I do hope my honest warnings in advance will trigger repentence revelation leading to salvation when you are crying out from your unforeseen travail. Maybe then the grace you so desperately need will give you your first glimpse of real justice.

    Regardless of what God allow you to do to me I will finish the course He has set before me. You will enjoy the journey but I will relish in the destination. See you at the ends of justice.

                                             Sincerely,

                                             Kurt Johnson



13177-081
KURT JOHNSON
Federal Correctional
P.O. BOX 800
Institution
Herlong, CA - 96113
United States

13177-081
CLERK OF THE COURT
450 Golden GATE AV.
San Francisco, CA - 94102
United States

ACCEPTED FOR VALUE
RETURNED FOR VALUE

7-30-2009  *Acceptance as to original issue
Security interest property of
United States Treasury*

KURT JOHNSON - 557195389

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KURT F. JOHNSON,

    Defendant.

No. 08-02325 JSW

**JUDGMENT**

Pursuant to the Court's Order Adopting Magistrate Judge Chen's Report and Recommendation Granting Plaintiff's Motion for Default Judgment, it is hereby Ordered and Adjudged that:

The following UCC Financing Statements and/or Amendments are deemed null, void, and of no legal effect:

1. Document No. 07-7123956565,
2. Document No. 07-71290151,
3. Document No. 07-71327291,
4. Document No. 08-71615471,
5. Document No. 08-71627346,
6. Document No. 08-71660479,
7. Document No. 08-7166401104, and
8. Document No. 08-71670074.

The Secretary of the State of California is directed to expunge the above UCC Financing Statements, Amendments and Addendums from its files.

Kurt F. Johnson, his agents, employees, and all others in active concert or participation with him, are hereby enjoined permanently from filing any document or instrument, including but not limited to any UCC Financing Statement or Amendment, which purports to create any nonconsensual lien or encumbrance against the person or property of any employee or officer of the United States, without first obtaining leave from this Court.

The United States is permitted to file a final order in this case "in the public records of any jurisdiction where documents identical or similar to the UCC Financing Statement and UCC Financing Statement Amendments may have been filed by the defendant," Compl. at 7:10-13, so long as permitted by the applicable law of the jurisdiction.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 2, 2009

Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

ACCEPTED FOR VALUE
RETURNED FOR VALUE

7-30-2009

*Acceptance as to original issue
Security interest property of
United States Treasury*

KURT JOHNSON - 557195389

2